UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK MATTHEWS, | No. 2:22-cv-01329-DAD-KJN |
| Plaintiff, | |
| v. | ORDER REFERRING MOTION TO MAGISTRATE JUDGE |
| DEMITA PINCHBACK, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule 302(a), the pending motion by counsel for plaintiff to withdraw as counsel (Doc. No. 21) and the pending request to seal documents in connection with that motion (Doc. No. 22) are hereby referred to United States Magistrate Judge Kendall J. Newman for issuance of an order in accordance with 28 U.S.C. § 636(b)(1)(A).

IT IS SO ORDERED.

Dated: **December 12, 2022**

UNITED STATES DISTRICT JUDGE

1