UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK MATTHEWS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEMITA PINCHBACK, et al.,<br><br>　　　　Defendants. | No. 2:22–cv–1329–DAD–KJN<br><br>ORDER<br><br>(ECF No. 22.) |

On December 9, 2022, counsel for plaintiff filed a motion to withdraw as attorney, a matter eventually set before the undersigned. (ECF Nos. 21, 25, 26.) In connection with that motion, counsel filed a notice of request to seal an exhibit. (ECF No. 22.) Defendants did not oppose. (ECF No. 28.) It is HEREBY ORDERED that:

1. Good cause appearing, counsel's request to seal (ECF No. 22) is GRANTED; and
2. The Clerk of the Court shall file the document as a sealed event, accessible by the court and parties only.

Dated: December 28, 2022

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

SD, matt.1329

1