UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK MATTHEWS,<br><br>            Plaintiff,<br><br>       v.<br><br>DEMITA PINCHBACK, et al.,<br><br>            Defendants. | No. 2:22-cv-01329-DAD-KJN<br><br>ORDER REFERRING MOTION TO MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule 302(a), the pending motion by counsel for plaintiff to withdraw as counsel of record (Doc. No. 34) is hereby referred to United States Magistrate Judge Kendall J. Newman for issuance of an order in accordance with 28 U.S.C. § 636(b)(1)(A).

IT IS SO ORDERED.

Dated:  **January 3, 2023**

_Dale A. Droyd_
UNITED STATES DISTRICT JUDGE