UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK MATTHEWS,<br><br>        Plaintiff,<br><br>   v.<br><br>DEMITA PINCHBACK, et al.,<br><br>        Defendants. | No. 2:22-cv-1329 DJC KJN P<br><br>ORDER APPOINTING LIMITED PURPOSE COUNSEL |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. The court found that a limited purpose appointment of counsel for plaintiff was warranted, and stayed the case pending such appointment. (ECF No. 44.) Jenny C. Huang is selected from the Court's Pro Bono Attorney Panel to represent plaintiff and Ms. Huang agreed to be appointed for the limited purpose of representing plaintiff through resolution of the pending motion to dismiss, pending motion for leave to file early summary judgment motion, and the potential motion for summary judgment.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this action (ECF No. 44) is lifted.

2. Jenny C. Huang is appointed as limited purpose counsel in the above-entitled matter. This appointment is for the limited purpose of representing plaintiff through resolution of the pending motion to dismiss, pending motion for leave to file early summary judgment, and the

potential motion for summary judgment, if one is filed.

      3. Jenny C. Huang's appointment will terminate when the order ruling on the early motion for summary judgment is issued or upon the expiration of any deadline for filing the early motion for summary judgment, if one is not filed.  Prior to the termination of the appointment, the court will accord counsel the option of proceeding as plaintiff's appointed counsel.

      4. Appointed counsel shall notify Sujean Park, via email at spark@caed.uscourts.gov, if she has any questions related to the appointment.

      5. The Clerk of the Court is directed to serve a copy of this order upon Jenny C. Huang, Justice First, 180 Grand Ave., Suite 1300, Oakland, CA 94612.

Dated:  April 26, 2023

*[Signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/matt3129.31c