| | |
|---|---|
| Jenny C. Huang, SBN 223596 | Susan E. Coleman (SBN 171832) |
| JUSTICE FIRST | BURKE, WILLIAMS & SORENSEN LLP |
| 180 Grand Avenue, Suite 1300 | 444 South Flower Street, Suite 2400 |
| Oakland, CA  94612 | Los Angeles, CA  90071-2953 |
| Tel.: (510) 847-0485 | Tel: 213.236.0600 |
| Fax: (510) 318-7701 | Fax: 213.236.2700 |
| E-mail:  jhuang@justicefirst.net | E-mail:  scoleman@bwslaw.com |
| Attorney for Plaintiff Derek Matthews | Attorney for Defendant Pinchback |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

DEREK MATTHEWS,

    Plaintiff,

vs.

DEMITA PINCHBACK, et al.,

    Defendants.

Case No.: 2:22-cv-01329 DJC KJN P

**STIPULATION AND ORDER FOR PLAINTIFF TO FILE SUPPLEMENTAL BRIEF ON DEFENDANT PINCHBACK'S MOTION TO DISMISS (ECF 35)**

Judge:  Hon. Daniel J. Calabretta
Courtroom:  10

    WHEREAS on December 5, 2022, Defendant Pinchback filed a motion to dismiss Plaintiff's Complaint (ECF 20);

    WHEREAS on December 9, 2022, Plaintiff's prior counsel filed a motion to withdraw as Plaintiff's counsel, based on a medical condition that required her withdrawal (ECF 21);

    WHEREAS Plaintiff's prior counsel filed an opposition brief to the motion to dismiss on December 19, 2022 (ECF 27) and a reply brief by Defendant Pinchback was filed on December 28, 2022 (ECF 35);

    WHEREAS by this Court's order, dated April 6, 2023, this case was reassigned to the Honorable Daniel J. Calabretta. (ECF 45.) The order stated that all pending motions were deemed submitted without appearance and without oral argument;

WHEREAS on April 26, 2023, Plaintiff's present counsel was appointed as limited purpose counsel (ECF 46);

WHEREAS Plaintiff's counsel has reviewed the prior briefing on the pending motion to dismiss and believes that a supplemental brief is required to raise additional arguments not previously addressed;

WHEREAS counsel for Defendant Pinchback has no objection to allowing Plaintiff to file a supplemental brief as outlined below;

IT IS HEREBY STIPULATED AND AGREED by the parties as follows:

1. Plaintiff may file a supplemental opposition brief to Defendant Pinchback's pending motion to dismiss (ECF 35) by June 7, 2023; and

2. Defendant Pinchback may file a reply brief to Plaintiff's supplemental opposition brief by June 21, 2023.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

Dated:  May 10, 2023
          Oakland, California

**JUSTICE FIRST**

  /s/ Jenny Huang
Jenny C. Huang
Attorney for Plaintiff Derek Matthews

Dated:  May 10, 2023
          Los Angeles, California

**BURKE, WILLIAMS & SORENSEN, LLP**

  /s/ Susan E. Coleman
Susan E. Coleman
Attorney for Defendant Pinchback

**IT IS SO ORDERED.**

**Dated:  May 12, 2023**

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/matt1329.stip