UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK MATTHEWS, | No. 2: 22-cv-01329 DJC KJN P |
| Plaintiff, | |
| v. | ORDER |
| DEMITA PINCHBACK, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On July 21, 2023, the undersigned recommended that defendant Pinchback's motion to dismiss plaintiff's federal claims as barred by the statute of limitations be granted. (ECF No. 53.) On July 21, 2023, the undersigned also granted defendant Pinchback's motion to dismiss plaintiff's state law claims. (Id.) The undersigned granted plaintiff thirty days to file an amended complaint addressing the pleading defects regarding his state law claims. (Id.)

On August 15, 2023, plaintiff filed an amended complaint. (ECF No. 55.)

Because defendant Pinchback's motion to dismiss is still pending, IT IS HEREBY ORDERED that defendants shall not respond to plaintiff's amended complaint until ordered by the court.

Dated: August 21, 2023

Matt1329.ord

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE