1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     DEREK MATTHEWS,                            No.  2:22-cv-1329 DJC KJN P

12                    Plaintiff,

13            v.                                   ORDER

14     DEMITA PINCHBACK, et al.,

15                    Defendants.

16

17          Plaintiff, a state prisoner proceeding through counsel, filed this civil rights action seeking

18   relief under 42 U.S.C. § 1983.  On November 17, 2023, the district court dismissed plaintiff's

19   first cause of action against defendant Pinchback as barred by the statute of limitations, and also

20   dismissed plaintiff's fourth through seventh causes of action against defendant Pinchback with

21   leave to amend.  In light of the district court's order, the undersigned vacates that portion of the

22   order directing CDCR defendants to file a motion on statute of limitations or exhaustion grounds

23   within fourteen days after the district court's order.  (ECF No. 61.)  Once plaintiff files an

24   amended complaint, the undersigned will issue a further order addressing the amended complaint.

25   The court confirms that CDCR defendants remain allowed to file an early motion on exhaustion

26   and statute of limitations grounds, pursuant to the parties' stipulation and order adopting same

27   (ECF No. 50).

28   ////

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The undersigned vacates that portion of the order (ECF No. 61) directing CDCR

3    defendants to file a motion on statute of limitations or exhaustion grounds within fourteen days

4    after the district court's order (ECF No. 62); and

5    2.  The CDCR defendants are relieved of their obligation to file a motion on statute of

6    limitations or exhaustion grounds until further order of court.

7    Dated:  November 27, 2023

8

9                                              KENDALL J. NEWMAN
                                               UNITED STATES MAGISTRATE JUDGE
10

11   /matt1329.rel

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28