UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK MATTHEWS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DEMITA PINCHBACK, an individual; WARDEN JEROME PRICE, an individual; OFFICER B. SYSMOBATH, an individual; OFFICER A. TOUT, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  2:22-cv-1329 DJC KJN P<br><br>**ORDER GRANTING JOINT STIPULATION FOR AN EXTENSION OF TIME TO FILE INITIAL RESPONSIVE PLEADING BY DEMITA PINCHBANK** |

Plaintiff and defendant Pinchback filed a stipulation to extend time for defendant Pinchback to file a responsive pleading.  Good cause appearing, IT IS HEREBY ORDERED that:

1. The stipulation (ECF No. 65) is approved; and

2. Defendant Demita Pinchback shall file a responsive pleading to plaintiff's first amended complaint on or before January 12, 2024.

Dated:  January 10, 2024

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

matt1329.36

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Los Angeles