UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK MATTHEWS,<br><br>              Plaintiff,<br><br>         v.<br><br>PINCHBACK, et al.,<br><br>              Defendants. | No.  2:22-cv-1329 DJC CSK P<br><br>ORDER |

Plaintiff, a state prisoner proceeding through counsel, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  On December 23, 2024, the parties stipulated to extend the deadline for defendants A. Tout and B. Sysombath to respond to the first amended complaint. (ECF No. 88.)  Good cause appearing, the Court approves the stipulation.  Defendants A. Tout and B. Sysombath shall file a response to the first amended complaint on or before January 17, 2025.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulation (ECF No. 88) is approved.
2. The deadline for defendants A. Tout and B. Sysombath to respond to the first amended complaint is extended.
3. Defendants A. Tout and B. Sysombath shall file a response to the first amended complaint on or before January 17, 2025.

1

1  Dated:  December 30, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/matt1329.stip