Jenny C. Huang, SBN 223596
JUSTICE FIRST
490 43rd Street, # 108
Oakland, CA 94609
Tel.: (510) 628-0695
Fax: (510) 605-3903
E-mail: jhuang@justicefirst.net

Attorney for Plaintiff Derek Matthews

Audra C. Call (SBN 252804)
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Tel: (213) 269-6611
Fax: (916) 761-3641
E-mail: Audra.Call@doj.ca.gov

Attorney for Defendants A. Tout, and B. Sysombath

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK MATTHEWS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DEMITA PINCHBACK, et al.,<br><br>　　　　Defendants. | Case No.: 2:22-cv-01329 (DJC)(CSK)<br><br>**STIPULATION AND ORDER BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br>**(ECF 97)**<br><br>Judge: Hon. Chi Soo Kim<br>Courtroom: 25, 8th Floor |

　　　WHEREAS this Court granted leave to Defendants Tout and Sysombath to file an early summary judgment motion (ECF 96);

　　　WHEREAS the Court ordered Defendants to produce documents related to their summary judgment motion by April 25, 2025 (ECF 96);

　　　WHEREAS the Court ordered Defendants to file their summary judgment motion 15 days after their documents were produced on April 25, 2025 (ECF 96);

　　　WHEREAS Defendants Tout and Sysombath filed their summary judgment motion early on May 9, 2025 (ECF 97);

WHEREAS the parties required additional time to meet and confer regarding a potential dispute concerning Defendants' production of documents related to Defendants' summary judgment motion;

WHEREAS defense counsel will be out of the office from June 6-18, 2025;

IT IS HEREBY STIPULATED AND AGREED by the parties as follows:

1. Plaintiff may file his opposition to Defendants' motion for summary judgment (ECF 97) no later than June 4, 2025; and

2. Defendants may file reply papers in support of their motion for summary judgment (ECF 97) no later than June 25, 2025.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

Dated:  May 30, 2025
         Oakland, California

**JUSTICE FIRST**

   /s/ Jenny Huang
Jenny C. Huang
Attorney for Plaintiff Derek Matthews

Dated:  May 30, 2025
         Los Angeles, California

**ATTORNEY GENERAL OF CALIFORNIA**

Audra C. Call
Deputy Attorney General
Attorney for Defendants Price, Tout and Sysombath

**IT IS SO ORDERED.**

Dated:  June 4, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/matt1329.stip.99